**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**  ORIGINAL

03 -CV- 1163

)
JAY CAIDOR )
) Civil Case No.:
) Plaintiff(s) )
) CIVIL
) RIGHTS
vs. ) COMPLAINT TC
) 42 U.S.C 1981
FEDEX Home Delivery )
)
Defendant(s) )
)

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and damages to defend and protect the rights guaranteed by the Constitution of the US. This action is brought pursuant to 42 U.S.C 1981. The Court has Jurisdiction over this action pursuant to 28 USC 1331, 1343 and 2201.

## PARTIES

2. Plaintiff: JAY CAIDOR

   Address: 206 MERRIMAN AVE.
   SYRACUSE, NY 13204

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: FEDEX HOME DELIVERY

   Official Position:
   Address: 6809 CROSSBOW DRIVE
   EAST SYRACUSE, NY 13057

FORM E(1)(a).1

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**

I am a black African/American Male. I applied 8 times for a Driver Independent Contractor position with FedEx Home Delivery since open in 2001. Plaintiff meets and exceeds the qualifications: 21 years old, clean driving record, no felony, no drugs, customer service skills, and able to purchase a cargo van. I patiently wait for an opportunity to work, but FedEx do not hire qualify black drivers and only hires Whites who quits after 1 ½ years. I apply for the position 8 times and call FedEx every 3 months they advertise for the Independent Contractor Driver position. Each times FedEx discard my application and demands I fill out unnecessary investigation forms prior to being hired or an interview. On 2/18/2003 Plaintiff apply for the Independent Contractor Driver position, but was denied the position on 3/26/2003, because I am a black male. FedEx Home Delivery continues to advertise for the Independent Contractor Driver position, seeking whites only. When I Complaint of discrimination to NY Human Right and FedEx Management, A East Syracuse Sheriff Came to my house and threaten me not to apply for the position again. I am also a Baptist Christian, straight, homeowner, college graduate, taxpayer, human, with objective to work for a living in Syracuse and Onondaga County.

FORM E(1)(a).2

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Plaintiff is a qualify Black African/American. Apply for an Independent Contractor Driver position. Defendant intentionaly hire whites only for 3 years and refuse to hire plaintiff because of his race, color and sex. Defendant continues to advertise for the available position seeking white drivers only. Defendant's refuse to hire plaintiff, to make and enforce a contract of employment as is enjoyed by white citizens. This is a violation of 42 USC 1981. Defendant actions is willful, intentional and malicious. Plaintiff was injured, suffer loss wages and income, incur expenses, suffer humilation, and embarrassment.

6. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

7. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

To order Defendant FedEx Home Delivery, to hire plaintiff for the Independen Contractor Driver position with back pay and loss wages since 3/2002. A permanent injunction be issued enjoining defendant from engaging in discrimination practices against Black African/American applicants. Award compensatory damages and emotional distress and punitve damages, cost of suits and attorneys' fees, for violation of rights under 42 U.S.C 1981.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/19/2003

Signature of Plaintiff(s)
(all Plaintiffs must sign)